UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY JAMES RAGER,

Plaintiff,

v.

JOE LOMBARDO, et al.,

Defendants.

Case No. 3:26-cv-00131-ART-CLB

ORDER

On August 21, 2026, the Court gave Plaintiff thirty (30) days from the entry date of the screening order to file an amended complaint. (ECF No. 7 at 11.) Approximately four weeks later, Plaintiff filed a motion seeking an additional forty-five (45) days to file an amended complaint because he has been in a solitary confinement cell, with no access to the law library. (ECF No. 11 at 1.)

For good cause shown, the Court grants Plaintiff's motion (ECF No. 11) for an extension. He shall file the amended complaint by **November 13, 2026**. If Plaintiff fails to file an amended complaint by that deadline, this action will proceed immediately on the First Amendment retaliation claim against Defendants Williams, Padillo, and Henley.

DATED: September 30, 2026

UNITED STATES MAGISTRATE JUDGE